# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

JANE DOE,

Plaintiff,

    v.

FINNIAN MCCAUSLAND, et al.,

Defendants.

Civil Action No. 1:26-cv-12344-DJC

## ORDER OF RECUSAL

CASPER, J.

I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. section 455.

SO ORDERED.

/s/ Denise J. Casper

Denise J. Casper

U.S. District Judge

Date: May 28, 2026