2025 JUN -5 AM II: 07

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS.

Civil Action No: 1_26-CV-12344

MOTION FOR EX PARTE EXPEDITED

URGENT EMERGENCY HEARING OR

CONFERENCE

AND NOTICE OF EXCLUSION OF

PLAINTIFF'S PARTICIPATION IN

HARVARD MEDICAL SCHOOL AND

HARVARD UNIVERSITY

GRADUATION AND CONVOCATION

ON MAY 27,2026 AND MAY 28,2026

JANE DOE, Plaintiff,

Vs.

1.ASSOCIATE PROFESSOR FINNIAN McCAUSLAND

2. DOCTOR MARTINA McGRATH

3.DEAN ROSALIND SEGAL

4.SENIOR ASSOCIATE DEAN JOHANNA GUTLERNER

AND

5.HARVARD MEDICAL SCHOOL

**MOTION FOR EX PARTE EXPEDITED AND EMERGENCY HEARING AND NOTICE OF EXCLUSION OF THE PLAINTIFF FROM PARTICIPATION IN GRADUATION AND CONVOCATION WITH THE PLAINTIFF'S ORIGINAL HARVARD MEDICAL SCHOOL MASTER OF MEDICAL SCIENCES IN CLINICAL INVESTIGATION("MMSCI") PROGRAM 2024 TO 2026 COHORT ON MAY 27,2026 AND HARVARD UNIVERSITY WIDE CEREMONY MAY 28,2026, BY DEFENDANTS, PENDING REVIEW OF PLAINTIFF'S COMPLAINT AND RELATED MOTIONS BY THIS COURT.**

1.Plaintiff, JANE DOE, filed a Motion for Temporary Restraining Order and Emergency Hearing on May 22,2026.

2.Defendant has been served with the Complaint and Summon on May 27,2026.
The Court has not yet ruled on the pending motion.

3.Since the filing of the civil complaint and related motions, the originally scheduled commencement/graduation ceremony May 27,2026 and May 28,2026, has passed.

4.However, Plaintiff continues to suffer ongoing irreparable educational and professional harm arising from the actions challenged in the Complaint.
Plaintiff seeks prospective relief that would permit participation in the next available commencement and graduation ceremony and prevent continuing harm affecting Plaintiff's educational status and opportunities.

5.The next HMS MMSCI program academic semester is scheduled to begin in approximately one month in July 2026. Absent prompt judicial intervention, Plaintiff faces continuing and irreparable injury that cannot be adequately remedied through monetary damages alone. Because

time is of the essence, Plaintiff respectfully requests that the Court schedule an emergency status conference, expedited hearing, or other prompt proceeding to address the pending request for an ex parte emergency and immediate ex parte temporary restraining order and emergency court hearing and temporary preliminary and permanent injunctive relief as Plaintiff was excluded from participating in the HMS Master's convocation and graduation ceremonies with the Plaintiff's original MMSCI program cohort 2024 to 2026 that occurred on May 27,2026 and May 28,2026, during the pendency of the Court matter would help avoid ongoing and further irreparable educational and professional harm before a final determination is made by the Court.

6.Plaintiff respectfully requests expedite consideration of Plaintiff's pending motion, Schedule an emergency conference or hearing

7.Plaintiff seeks an expedited and emergency and immediate ex parte temporary restraining order and emergency court hearing and temporary preliminary and permanent injunctive relief which is necessary to maintain the Plaintiff's reinstatement into the HMS MMSCI program to preserve the Plaintiff's ability to participate in the next available HMS MMSCI program graduation and convocation ceremony during the pendency of further court proceedings prohibiting Defendants from continuing to exclude Plaintiff from the HMS MMSCI program because immediate and irreparable educational, professional and emotional harm has occurred and or continuous to occur before Defendants can be heard. Plaintiff faced and or continuous to face imminent loss of participation in graduation with the ("MMSCI") program 2024 TO 2026 cohort on May 27,2026 and May 28,2026 and related academic rights Additionally, providing notice could allow the Defendants to escalate or complete the alleged harmful actions, and retaliation could occur before the Court is able to act.

8.Plaintiff was on track to graduate with his original cohort 2024 to 2026 of the MMSCI program and had satisfied and or was in the process of satisfying, the MMSCI academic and programmatic requirements necessary for the HMS MMSCI program graduation in May 2026 but for the wrongful "requirement to withdraw" at issue in this matter, Plaintiff would have continued participating alongside the MMSCI 2024 to 2026 cohort and remained eligible to graduate on the ordinary timeline. The challenged actions disrupted Plaintiff's educational

progress and prevented continued participation in the HMS MMSCI pending resolution of the underlying disputes.

9.Pending Plaintiff's request for an expedited and emergency hearing and immediate ex parte temporary restraining order and emergency court hearing and temporary preliminary and permanent injunctive relief to this Court and the Court ruling, because graduation was imminent on May 2027,2026 and May 28,2026,Plaintiff contacted(copy of request included in the filing on May 27,2026, marked as exhibit 1) Defendants via email on or about May 25 to 26,2026, to allow Plaintiffs participation in the Harvard University graduation is imminent today May 2027,2026 and May 28,2026 and further shared the civil complaint ,summon with Defendants but Plaintiff did not hear back from Defendants about it.

10.Plaintiff requests that this Court urgently enjoins Defendants from preventing the Plaintiff's reinstatement into the HMS MMSCI program and completion of missed course work and research resulted from Defendants' wrongful "requirement to withdraw" of Plaintiff from the HMS MMSCI program and participation of the Plaintiff in the next HMS MMSCI and Harvard Medical School and Harvard University graduation and commencement ceremonies.

11.Plaintiff further requests that this Court grants Plaintiff other equitable relief including ordering that Defendants allow a path to the next available HMS MMSCI graduation ceremony and allow incomplete grades for missed course work and completion of MMSCI program course research resulting from the adverse action of Defendants including wrongful "requirement to withdraw" of the Plaintiff from the MMSCI program.

12.Plaintiff requests that this Court grants Plaintiff other equitable educational and HMS MMSCI program completion and HMS MMSCI program graduation relief that this Court deems proper and just.

Respectfully submitted,

JANE DOE,

Plaintiff, Pro Se

June 5,2026.

Massachusetts.

Plaintiffs Identity and Contact Information Filed Under Seal.