UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS.

Civil Action No: 1_26-CV-12344

EXPEDITED EMERGENCY MOTION

FOR USE OF INITIALS AND OR NON-

PUBLIC DENTIFICATION OF PLAINTIFF'S

LEGAL NAMES AND EXHIBITS IN ALL COURT

HEARINGS AND PROCEEDINGS STARTING

2026 PIOR TO START OF COURT PROCEEDINGS

ON JUNE 18,2026

JANE DOE, Plaintiff,

Vs.

1.ASSOCIATE PROFESSOR FINNIAN McCAUSLAND

2. DOCTOR MARTINA McGRATH

3.DEAN ROSALIND SEGAL

4.SENIOR ASSOCIATE DEAN JOHANNA GUTLERNER

   AND

 5.HARVARD MEDICAL SCHOOL

1

**EXPEDITED EMERGENCY MOTION FOR USE OF INITIALS AND OR NON-PUBLIC IDENTIFICATION OF ALL LEGAL NAME AND ALL EXHIBITS DURING ALL COURT HEARINGS AND PROCEEDINGS STARTING ON JUNE 18,2026 PRIOR TO START OF COURT PROCEEDINGS ON JUNE 18,2026.**

1.Plaintiff respectfully moves this Court on an expedited emergency basis for an immediate order permitting the use of Plaintiff's initials or a neutral designation and or non-public identification of exhibits during all court proceedings starting with the scheduled for June 18,2026 prior to start of Court proceedings starting on June 18,2026, which would prevent Plaintiff's identity from being publicly disclosed and prevent irreparable harm.

2.This Motion is brought pursuant to the Court's inherent authority to manage proceedings, principles governing courtroom access and privacy, and applicable constitutional and procedural considerations permitting narrowly tailored limitations on public disclosure in appropriate circumstances.

## I. INTRODUCTION

1.Plaintiff seeks a narrowly procedural accommodation to prevent the unnecessary public disclosure of Plaintiff's full legal name and identification of exhibits during all court proceedings.

2.This Court (Judge William G.Young) denied Plaintiff's request to proceed under a pseudonym request and to file under seal that during the hearing, the Court and parties refer to Plaintiff by neutral initials (for example "D.V.") or another neutral designation when addressing identity on the record.

This request for relief is to prevent immediate and irreversible public dissemination of Plaintiff's identity during live proceedings and associated audio recording.

## II. FACTUAL BACKGROUND

1. Plaintiff's motion to proceed under a pseudonym was previously denied by this Court
2. A hearing is scheduled for June 18,2026.

3.  The Court has indicated that audio of the Court hearing may be publicly accessible such disclosure can cause irreparable educational and professional and safety and privacy harm to Plaintiff.

## III. LEGAL BASIS

1.Federal courts possess inherent authority to regulate courtroom procedure to ensure fairness, order, and appropriate protection of privacy interests and irreparable harm.

2.Courts have discretion to impose procedural protections, including the use of initials or neutral identifiers, where disclosure of identifying information is not necessary to adjudicate the merits ,the parties' substantive rights are not affected and limited restrictions serve to prevent unnecessary harm from public disclosure.

3.Such measures are distinct from full pseudonym status filing under seal and do not affect the adversarial nature of the proceedings.

## IV. ARGUMENT

### A. The Requested Relief Is Narrow and Procedural

1.Plaintiff requests that initials or a neutral designation be used during oral proceedings and identification of exhibits full legal name not be spoken on the public record during the hearing and

2.This accommodation preserves proceedings while reducing unnecessary disclosure of sensitive identifying information.

### B. Disclosure During Open Proceedings Would Cause Irreversible Harm

Plaintiff's seeks relief of disclosure of full legal name and contact information and related information in all court hearings and broadcast through audio or recording systems that are irreparable if published.

### C. The Requested Relief Does Not Prejudice Defendant

3

1.Defendant is already aware of Plaintiff's identity.

2.The requested limitation affects only the manner of public reference during oral proceedings and does not restrict Defendant's ability to litigate, affect discovery or briefing, or alter rights.

### D. The Court Retains Discretion to Manage Its Proceedings

1.This Court has broad discretion to manage courtroom proceedings in a manner that protects sensitive information when appropriate and ensures fairness while minimizing unnecessary disclosure and use of initials is a well-established, minimal procedural safeguard in appropriate circumstances.

### V. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court:

1. Expeditiously and immediately order that during the hearing scheduled for June 18,2026, Plaintiff shall be referred to by initials or a neutral designation when spoken of in Court hearings and proceedings.
2. Expeditiously and immediately direct Defendants' counsel and all participants to refrain from stating Plaintiff's full legal name on the public record during identity-related discussion.
3. Expeditiously and immediately ensure that any audio recording or transcript of the hearing reflects the use of initials or a neutral designation.
4. Grant such other and further relief as the Court deems just and proper.

### VI. REQUEST FOR EXPEDITED CONSIDERATION

Plaintiff respectfully requests expedited emergency consideration of this motion prior to the scheduled hearing on June 18,2026 due to the imminence of the scheduled hearing on June 18,2026 and to prevent public disclosure of Plaintiff's identity to prevent irreparable harm.

4

Respectfully submitted,

JANE DOE,

Plaintiff, Pro Se

June 15,2026.

Massachusetts.

Plaintiffs Identity and Contact Information Filed Under Seal Pending Court Approval

CERTIFICATION REGARDING NOTICE

I,Plaintiff("JANE DOE") certifies that prior notice to Defendants was not practicable due to the imminence of the scheduled proceeding and the risk that delay would render the requested relief ineffective. Plaintiff has provided prompt notice to Defendants' counsel Daniel J. Cloherty contemporaneously with filing of this motion and related motions on June 15,2026.