

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS.

| | |
|---|---|
| | Civil Action No: 1_26-CV-12344 |
| | PLAINTIFF'S MOTION OF |
| | EXPEDITED EMERGENCY MOTION |
| | TO IMMEDIATELY AMEND CASE |
| | CAPTION |
| | FROM THE TIME/DATE OF FILING OF |
| | THIS MOTION AND PRIOR TO |
| JANE DOE, Plaintiff, | START OF COURT HEARINGS |
| Vs. | AND PROCEEDINGS ON JUNE 25,2026 |

1.ASSOCIATE PROFESSOR FINNIAN McCAUSLAND

2. DOCTOR MARTINA McGRATH

3.DEAN ROSALIND SEGAL

4.SENIOR ASSOCIATE DEAN JOHANNA GUTLERNER

   AND

5.HARVARD MEDICAL SCHOOL

1

**EXPEDITED EMERGENCY MOTION TO IMMEDIATELY AMEND CASE CAPTION AND RELATED INDENTIFYING AND CONTACT INFORMATION FROM THE TIME/ DATE OF FILING OF THIS MOTION AND PRIOR TO START OF COURT HEARINGS AND PROCEEDINGS ON JUNE 25,2026**

Plaintiff respectfully moves to amend the case caption to substitute the pseudonym "Jane Doe" for Plaintiff's legal name in all previous and recent Court entries and order(s) issued on or about June 11,2026 and or any previous filings by Defendants and or related parties and future Court entries and orders or filing by Defendants and or parties from the filing date of this motion and related motions.

Plaintiff states:

1.Plaintiff contemporaneously seeks and or moves for leave to proceed under a pseudonym and file all exhibits under seal.

2.Amendment of the case caption is necessary to effectuate the Court's order and protect Plaintiff's identity and contact information and related sensitive information from public and or further public disclosure.

3.Amendment of the case caption will not alter the substantive rights of any party and will not prejudice Defendants.

4.Plaintiff respectfully requests that the Court expeditiously and immediately amend the previous case caption reflecting Plaintiff's legal name and contact information in the Court order and or any Court filings by Defendants/ parties and or related persons to identify Plaintiff as "Jane Doe", docket entries, orders, and proceedings from the filing date of this motion and in all future filings any future.

2

Respectfully submitted,

JANE DOE, Plaintiff

Pro Se, Litigant

June 23,2026.

Massachusetts.

Plaintiffs Identity and Contact Information Filed Under Seal Pending Court Approval.

CERTIFICATION REGARDING NOTICE

I,Plaintiff("JANE DOE") certifies that prior notice to Defendants was not practicable due to the imminence of the scheduled proceeding and the risk that delay would render the requested relief ineffective. Plaintiff has provided prompt notice to Defendants' counsel Daniel J. Cloherty contemporaneously with filing of this motion and related motions on June 23,2026.

4