FILED
IN CLERK'S OFFICE
2026 JUN 25  PM 4: 08
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1_26-CV-12344   WGY

EXPEDITED EMERGENCY

NOTICE ON   CONTINUATION OF

OF SCHEDULED COURT HEARING ON

JUNE 25,2026/COURT HEARINGS   PENDING PLAINTIFF'S

MOTIONS / PETITION FOR WRIT

MANDAMUS WITH HIGHER COURT

(PENDING FILING)/

JANE DOE, Plaintiff,

Vs.

FOR AND OR RECONSIDERATION

TO PROCEED UNDER PSEUDONYM

AND FILE EXHIBITS AND MOTION

UNDER SEAL AND EMERGENCY

MOTION FOR RECUSAL OR

DISQUALIFICATION OF THE

PRESIDING JUDGE

1.ASSOCIATE PROFESSOR FINNIAN McCAUSLAND
2. DOCTOR MARTINA McGRATH
3.DEAN ROSALIND SEGAL
4 SENIOR ASSOCIATE DEAN JOHANNA GUTLERNER

5.HARVARD MEDICAL SCHOOL

AND OR REASSIGNMENT OF
PLAINTIFF'S CASE TO A DIFFERENT
JUDGE PRIOR TO
START OF COURT PROCEEDINGS  ON JUNE 25,2026

AND NOTICE OF PREJUDICE REGARDING PRECEEDING

COURT HEARINGS WITHOUT INJUNCTION HEARING

EXPEDITED EMERGENCY NOTICE OF PREJUDICE REGARDING CONTINUATION OF HEARINGS DESPITE PENDING MOTIONS AND UNRESOLVED PRELIMINARY MATTERS FILED BY PLAINTIFF WITH THE COURT AND ALL PARTIES AND NOTICE OF PREJUDICE REGARDING PROCEEDING COURT HEARINGS WITHOUT INJUNCTION HEARING.

1.The Court has not conducted the requested hearing on Plaintiff's/Defendant's motion for injunctive relief. The issue of injunctive relief remains unresolved, and no hearing has been held to allow Plaintiff an opportunity to present arguments, evidence, and legal authority regarding the requested injunction.

2.Proceeding with further hearings, including "motion to dismiss", before the injunction request by Plaintiff is heard and determined prejudices the rights of the moving party because the Court has not yet considered whether interim or preliminary relief is warranted.

3.Plaintiff respectfully requests that the Court take notice that the injunction hearing remains pending and preserve all objections regarding proceeding without resolution of this outstanding matter

4.Plaintiff respectfully moves this Court on notice of prejudice regarding continuation of hearings despite pending motions and unresolved preliminary matters filed by plaintiff with the court and all parties and pursuant to Federal Rule of Civil Procedure 62, the Court's inherent authority, and applicable Local Rules, for a motion for an Order staying re-scheduled Court hearing on June 25,2026 of the Court's Order entered on June 3,2026 and emailed to Plaintiff on June 22,2026 for the re-scheduled Court hearing on June 25,2026 pending Court review  and or if  Court review and or further Higher Court order and or re-assignment of a judge occurs after the re-scheduled hearing date on June 25,2026.

5.On May 22,2026, Plaintiff filed a motion seeking leave to proceed under a pseudonym and to file all motions and exhibits under seal.

6.On June 3,2026, the Court entered an Order denying that motion and e-mailed to Plaintiff on June 22,2026.

7. Plaintiff, JANE DOE ,respectfully submits this Notice to inform the Court of the prejudice that Plaintiff is facing resulting from proceeding with scheduled hearings while previously filed motions and requested preliminary matters remain pending and unresolved. These motions remain pending and have not been ruled upon by the Court. Plaintiff has not received the decision on Motion for reconsideration as Plaintiff filed a motion to proceed under pseudonym and is unable to open an online account pending motion to proceed under pseudonym filed with this Court.

8.A preliminary hearing was not conducted on June 25,2026. Plaintiff had no knowledge of the cause of the technical challenge that occurred at the time of the hearing.

9.Proceeding with further hearings before resolution of the pending motions and preliminary matters has caused and or is causing Plaintiff significant prejudice including limiting the ability to fully present arguments and evidence; requiring the parties to proceed without Court review on Plaintiff's motions previously filed by Plaintiff that affects the scope and outcome of the proceedings and potentially affecting due process and the administration of the case.

10.This Notice is filed to preserve Plaintiff's objection and to ensure that the record reflects that the continuation of proceedings while material motions remain unresolved has resulted into prejudice to the Plaintiff.

11.Plaintiff has not received the decision on Motion for reconsideration as Plaintiff filed a motion to proceed under pseudonym and is unable to open an online account pending motion to proceed under pseudonym filed with this Court.

12.Plaintiff respectfully requests that this Court

13.Take notice of the pending motions and unresolved preliminary matters

14.Address and rule upon the pending motions before further proceedings, or provide appropriate relief to ensure a full and fair opportunity to be heard

15.Preserve all objections regarding prejudice caused by proceeding before resolution of pending matters.

16. Defendants will suffer no prejudice from a stay because Defendants are already aware of Plaintiff's identity and the requested relief concerns only public disclosure.

17. The public interest favors preserving meaningful Court review and maintaining the status quo until Court review can occur.

18. Plaintiff respectfully requests that enforcement of the Court's denying pseudonym status and filing under seal and related motions be stayed pending this Court's review and further order of this Court and Plaintiff's filing/review with the appellate court or other appropriate Court.

19. Plaintiff further requests that, during the pendency of the stay (a) Plaintiff be permitted to use a pseudonym or initials in court filings (b) identity-revealing filings and all exhibits be sealed (c) identity-revealing portions of hearings, transcripts, all exhibits, recordings, and docket entries be protected from public disclosure; and (d) any and or all upcoming proceedings be conducted in a manner that preserves the status quo pending Court review and Plaintiff's filing/review with the appellate court or other appropriate Court.

20. Plaintiff respectfully requests a stay enforcement of the Court's Order denying pseudonym status and filing under seal pending Court review.

21. Preserve Plaintiff's anonymity and filings under seal pending Court review.

22. Seal identity-revealing materials and all exhibits pending Court review of this motion.

23. Expedite consideration of this expedited emergency Motion and

24. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

JANE DOE,

Plaintiff, Pro Se

June 25,2026.

Massachusetts.

Plaintiffs Identity and Contact Information Filed Under Seal Pending Court Approval

CERTIFICATION REGARDING NOTICE

I, Plaintiff("JANE DOE") certifies that prior notice to Defendants was not practicable due to the imminence of the scheduled proceeding and the risk that delay would render the requested relief ineffective. Plaintiff has provided prompt notice to Defendants' counsel Daniel J. Cloherty contemporaneously with filing of this motion and related motions on June 25,2026.