**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Queen
Plaintiff

CIVIL ACTION NO.
1:26-cv-12344-WGY

V.

McCausland, et al
Defendants

**ORDER OF DISMISSAL**

**YOUNG, D.J.**

In accordance with the oral Order entered at the September 28, 2026 Motion hearing, it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice for failure to prosecute the action.

By the Court,

September 28, 2026
Date

/s/ Kellyann Belmont
Deputy Clerk